IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TOMMY RAY FOSTER,**
    **Plaintiff,**

vs.                                                                 Case No. 5:08cv85/RS/MD

**JEFFREY MORRIS, et al.,**
    **Defendants.**

---

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action on March 26, 2008 by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). Plaintiff was granted leave to proceed *in forma pauperis* and assessed an initial filing fee (doc. 6). On April 7, 2008 this court advised plaintiff that in order to properly identify an unnamed defendant he would be required to file an amended complaint (doc. 9). Plaintiff sent in a letter (doc. 15) but was again ordered on May 8, 2008 to amend his complaint within thirty (30) days (doc. 14). Plaintiff failed to respond.

    Accordingly, on June 17, 2008 the court entered an order requiring plaintiff to show cause, within fifteen (15) days, why this cause should not be dismissed for his failure to comply with an order of the court (doc. 17). To date, plaintiff has failed to respond or explain his inability to do so.

    Accordingly, it is respectfully RECOMMENDED:

    That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

DONE AND ORDERED 15th day of July, 2008.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**